JOSEPHINE E. TWADDELL, Respondent, *v.* JOHN WEIDLER, Appellant.

*Twaddell* v. *Weidler*, 109 App. Div. 444, affirmed.
(Argued November 26, 1906; decided December 11, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 27, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover possession of certain notes alleged to have been stolen.

*A. T. Clearwater* for appellant.

*John G. Van Etten* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN and WILLARD BARTLETT, JJ. Not sitting: CHASE, J. Absent: O'BRIEN, J.

---

JULIA A. CHAMBERLAIN et al., Respondents, *v.* THE HOME INSURANCE COMPANY, Appellant.

*Chamberlain* v. *Home Ins. Co.*, 108 App. Div. 356, affirmed.
(Argued November 26, 1906; decided December 11, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 28, 1905, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a policy of fire insurance.

*A. T. Clearwater* for appellant.

*James Jenkins, Charles Irwin* and *Roscoe Irwin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN and WILLARD BARTLETT, JJ. Not sitting: CHASE, J. Absent: O'BRIEN, J.